# Court of Appeals
# of the State of Georgia

ATLANTA, __November 24, 2015__

*The Court of Appeals hereby passes the following order:*

**A16A0447.  WALTER OLIPHANT v. FIVE STAR CHRYSLER.**

Walter Oliphant filed a notice of appeal from the final disposition of the superior court in this contract action.  This case reached the superior court by de novo appeal from the magistrate court. Appeals from orders of the superior court reviewing decisions of the magistrate court must be by application for discretionary appeal and not by direct appeal. OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Because Oliphant failed to follow the proper appellate procedure, this Court lacks jurisdiction to consider the appeal, which is accordingly DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* ___11/24/2015___
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*